KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

JS-6

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> DOVER PUBLICATIONS, INC. VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, <br><br> Defendants. | **CIVIL ACTION NO.** <br> **11-8796 JFW-JEM** <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The parties having stipulated to dismiss this action without prejudice;

IT IS HEREBY ORDERED that plaintiff's claims against Dover Publications, Inc. are hereby dismissed without prejudice with each party bearing its own costs and attorneys' fees.

DATE: May 11, 2012

_____
THE HONORABLE JOHN F. WALTER

1